UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MELINA RAZAVI,

    Plaintiff,

v.

ELIZABETH STRICKLAND, and others,

    Defendants.

Case No. 18-cv-01933 NC

**ORDER REQUESTING REASSIGNMENT TO DISTRICT COURT JUDGE, WITH RECOMMENDATION TO DISMISS FOR LACK OF JURISDICTION**

Re: Dkt. No. 1

Pro se plaintiff Melina Razavi filed a letter and motion for leave to proceed in forma pauperis on March 28, 2018. Dkt. Nos. 1, 2. I construed the letter to be a civil complaint. On May 17, 2018, I granted the in forma pauperis application and screened the complaint under 28 U.S.C. § 1915. Dkt. No. 5. In screening the complaint, I determined that it failed to comply with Federal Rules of Civil Procedure 8 and 10 and did not establish federal subject matter jurisdiction. *Id.* I granted Razavi leave to amend by June 18, 2018, but warned her that if she did not cure the pleading deficiencies, I would recommend dismissal of the complaint. *Id.* at 6.

Razavi has not filed an amended complaint. She also has not consented to the jurisdiction of a magistrate judge under 28 U.S.C. § 636(c)(1). As a consequence, I order the Clerk of Court to randomly reassign this case to a U.S. District Court Judge, with a recommendation that the complaint be dismissed for the reasons stated in my May 17

Case No.18-cv-01933 NC

screening order.  Razavi may object to the recommended dismissal, but must file an objection within 14 days of being served with this order under Federal Rule of Civil Procedure 72(b)(2).

Finally, the Court reminds Razavi that the Federal Pro Se Program at the San Jose Courthouse provides free information and limited-scope legal advice to pro se litigants in federal civil cases.  The Federal Pro Se Program is available by appointment and on a drop-in basis.  The Federal Pro Se Program is available at Room 2070 in the San Jose United States Courthouse by calling (408) 297-1480.

**IT IS SO ORDERED.**

Dated:  June 25, 2018  _____
NATHANAEL M. COUSINS
United States Magistrate Judge